**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO: 25-CV-02310-GPG

CAROLYN THAUBERGER

  Plaintiff,

    v.

GUSAR, LLC and
AMAZON.COM, INC

  Defendants.

---

**JOINT STATUS REPORT REGARDING SETTLEMENT STATUS**

Plaintiff Carolyn Thauberger and Defendant Amazon.com, Inc. hereby respectfully submit their Joint Status Report Regarding Settlement Status pursuant to the Court's Paperless Order entered on October 7, 2025 [D.E. 46], and state as follows:

1. Plaintiff and Defendant Amazon.com, Inc. reached a full and final settlement in this matter. The Settlement Agreement was executed on October 24, 2025.

2. Today, on November 19, 2025, Plaintiff received the settlement draft from Defendant Amazon. Pursuant to the Settlement Agreement, the dismissal of the action is contingent upon the settlement drafts clearing the trust account of Ratzan Weissman & Boldt.

3. The settlement draft will be deposited by Ratzan Weissman & Boldt shortly. Within 3 business days of the settlement drafts clearing the trust account of Ratzan Weissman & Boldt, Plaintiff will file dismissal papers.

1

4. Plaintiff respectfully requests that the Court retain jurisdiction for the limited purpose of enforcing the settlement agreement until the dismissal papers are filed.

WHEREFORE, Parties respectfully request that the Court retain jurisdiction for the limited purpose of enforcing the Settlement Agreement until dismissal is filed and acknowledge that Plaintiff will file the appropriate dismissal papers within three business days following clearance of the settlement funds.

Dated this November 19, 2025

| ***By : /s/Stuart Ratzan*** <br> *Attorneys for Plaintiff, Carolyn Thauberger* <br><br> **RATZAN WEISSMAN & BOLDT** <br> 2850 Tigertail Avenue, Suite 400 <br> Coconut Grove, Fl 33133 <br> Phone: (305) 374-6366 <br> Stuart N. Ratzan <br> Florida Bar No.: 911445 <br> Stuart@rwblawyers.com <br> Stuart J. Weissman <br> Florida Bar No.: 57909 <br> StuartW@rwblawyers.com <br> Kimberly Boldt <br> Florida Bar No.: 957399 <br> Kimberly@rwblawyers.com <br> Mario R. Giommoni <br> Florida Bar No.: 97925 <br> Mario@rwblawyers.com | ***By: /s/ Nicole Walsh*** <br> *Attorneys for Defendant Amazon.com, Inc* <br><br> **HILL, WARD & HENDERSON, P.A.** <br> Post Office Box 2231 <br> Tampa, FL 33601 <br> Nicole Walsh, Esq. <br> Florida Bar No: 111961 <br> Nicole.Walsh@hwhlaw.com <br> Robert M. Fulton, Esq. <br> Florida Bar No: 0008516 <br> bob.fulton@hwhlaw.com |
|---|---|